# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0137.  ARON WILSON v. SHARON WILSON.**

Sharon Wilson obtained a family violence protective order against Aron Wilson.  Aron Wilson filed a pro se motion to set aside the order, alleging that he was not afforded reasonable notice or allowed to present evidence.  The trial court denied the motion to set aside, and Aron Wilson filed this direct appeal.  We lack jurisdiction.

In *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), the Supreme Court determined that actions arising under the Family Violence Act, OCGA § 19- 13-1 et seq., constitute domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2).  Accordingly, appeals in family violence actions must be made by application for discretionary appeal. See *Schmidt*, supra.  Because Aron Wilson failed to follow the proper appellate procedure, this appeal is DISMISSED for lack of jurisdiction.[1]

---

[1] The appellee filed a motion to dismiss the appeal, arguing that an appeal from the denial of a motion to set aside must be made by application for discretionary appeal.  Under OCGA § 5-6-35 (a) (8), an application for discretionary appeal is required from the denial of a motion to set aside under OCGA § 9-11-60 (d).  Here, it is unclear whether Aron Wilson's pro se motion was one to set aside under this code section.  In any event, the appeal is subject to dismissal.  Accordingly, the appellee's motion to dismiss is hereby GRANTED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>09/26/2013</u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*